IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 04-10046-CIV-MOORE

ASSOCIATION FOR DISABLED
AMERICANS, INC., MICHELLE
WISNIEWSKI, and DANIEL RUIZ,

    Plaintiffs,

vs.

NEPTUNE DESIGNS, INC., JAY
PFAHL and CAKMEUZA PFAHL (a/k/a
Carmenza Pfahl) d/b/a NEPTUNE DESIGNS,
and FLORADELLE A. PFAHL,

    Defendants.
_____/



## ORDER OF DISMISSAL

THIS CAUSE came before the Court upon the Plaintiffs' Notice of *In Camera* Production on Enforcement Motion (DE #30) and the Confidential Stipulation for Settlement, produced *in camera*.

UPON CONSIDERATION of the Confidential Stipulation for Settlement, and good cause having been shown, it is

ORDERED AND ADJUDGED that pursuant to Fed. R. Civ. P. 41(a), this case is hereby dismissed with prejudice. It is further

ORDERED AND ADJUDGED that the Court retains jurisdiction to enforce the terms of any settlement agreement between the parties for ninety (90) days from the date of this Order.

DONE AND ORDERED in Chambers at Miami, Florida, this ___ day of January, 2005.

    K. MICHAEL MOORE
    UNITED STATES DISTRICT JUDGE

cc:    All Counsel of Record