FILED D.C.
ELECTRONIC

Jan 10 2005

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
KEY WEST DIVISION

CASE NO: 04-10046-MOORE/O'SULLIVAN

| | |
|---|---|
| ASSOCIATION FOR DISABLED AMERICANS, INC., MICHELLE WISNIEWSKI, and DANIEL RUIZ, | ) ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) |
| NEPTUNE DESIGNS, INC., JAY PFAHL and CAKMEUZA PFAHL (a/k/a Carmenza Pfahl) d/b/a NEPTUNE DESIGNS, and FLORADELLE A. PFAHL, | ) ) ) ) ) ) |
| Defendants. | ) |

## JOINT NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE WITH RESERVATION OF JURISDICTION

Plaintiffs, the ASSOCIATION FOR DISABLED AMERICANS, INC., MICHELLE WISNIEWSKI, and DANIEL RUIZ, [hereinafter referred to as "Plaintiffs"], and Defendant, NEPTUNE DESIGNS, INC., JAY PFAHL and CAKMEUZA PFAHL (a/k/a Carmenza Pfahl) d/b/a NEPTUNE DESIGNS, and FLORADELLE A. PFAHL, [hereinafter referred to as "Defendants"], hereby give Notice of Voluntary Dismissal with Prejudice of Plaintiffs' Complaint filed herein. The Parties further note the Stipulation for Settlement entered into by the Parties specifically requires this Court to retain jurisdiction of this

ASSOCIATION OF DISABLED AMERICANS, ET AL V.     CASE NO. 04-10046-MOORE
NEPTUNE DESIGNS, INC., ET AL
JOINT NOTICE OF VOLUNTARY DISMISSAL     PAGE 2

matter for enforcement of the terms and conditions of the Stipulation for Settlement, and for the purposes of determination of Plaintiffs' and Defense counsels' entitlement to, and application for, fees, costs and litigation expenses.

s/Rhonda A. Anderson
RHONDA A. ANDERSON, P.A.
Florida Bar No. 708038
Counsel for Plaintiffs
2701 LeJeune Road
Suite 345
Coral Gables, Florida 33134
Telephone: (305) 567-3004
Facsimile: (305) 476-9837
E-Mail: rhoander@bellsouth.net

s/Diane T. Covan
DIANE T. COVAN, ESQ.
Florida Bar No. 0231703
Counsel for Defendants
1901 Fogarty Avenue
Suite 1
Key West, Florida 33040
Telephone: 305-293-1118
Facsimile: 305-296-1266
Covan@CovanLaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and exact copy of this Joint Notice of Settlement was mailed to Diane Covan, Esq. at her office address above on this the 10th day of January, 2005.

s/Rhonda A. Anderson