IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 04-10046-CIV-MOORE

ASSOCIATION FOR DISABLED
AMERICANS, INC., MICHELLE
WISNIEWSKI, and DANIEL RUIZ,

    Plaintiffs,

vs.

**ORDER**



NEPTUNE DESIGNS, INC., JAY
PFAHL and CAKMEUZA PFAHL (a/k/a
Carmenza Pfahl) d/b/a NEPTUNE DESIGNS,
and FLORADELLE A. PFAHL,

    Defendants.
_____/

THIS CAUSE came before the Court upon the Plaintiffs' Motion to Amend Final Order of Dismissal (DE #33) and the parties' Joint Notice of Voluntary Dismissal with Prejudice with Reservation of Jurisdiction (DE #32).

UPON CONSIDERATION of the motion and joint notice, the pertinent portions of the record, and being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED that:

(1)     This Court's January 6, 2005 Order dismissing this action with prejudice is VACATED;

(2)     Pursuant to the parties' Joint Notice of Voluntary Dismissal with Prejudice, and Fed. R. Civ. P. 41(a), this case is dismissed with prejudice;

(3)     The Court retains jurisdiction to enforce the terms of any settlement agreement between the parties for nine (9) months from the date of this Order;

(4)     Any and all motions regarding Plaintiffs' entitlement to, and the amount of, reasonable attorneys' fees, costs, and litigation expenses, shall be made within thirty (30) days of

the date of this Order.

DONE AND ORDERED in Chambers at Miami, Florida, this 14th day of January, 2005.

K. MICHAEL MOORE
UNITED STATES DISTRICT JUDGE

cc:   All Counsel of Record