# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA
# KEY WEST DIVISION

## CASE NO. 04-CV-10046-MOORE

| | |
|---|---|
| ASSOCIATION FOR DISABLED AMERICANS, INC., MICHELLE WISNIEWSKI AND DANIEL RUIZ, | )<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| vs. | )<br>) |
| NEPTUNE DESIGNS, INC., JAY PFAHL and CAKMEUZA PFAHL (a/k/a Carmenza Pfahl) d/b/a NEPTUNE DESIGNS, and FLORADELLE A. PFAHL, | )<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## JOINT NOTICE OF SETTLEMENT OF FEES AND COSTS

Plaintiffs, the Association for Disabled Americans, Inc., Michelle Wisniewski and Daniel Ruiz, and the Defendants, Neptune Designs, Inc., Jay Pfahl, Cakmeuza Pfahl and Floradella Pfahl, through their respective undersigned counsel, hereby notify the Court that he parties have settled all issues regarding Plaintiffs' fees and costs granted in the Report and Recommendation (DE-104) entered on September 12, 2007 by the Honorable Magistrate Judge O'Sullivan.  More specifically, the Plaintiffs have agreed to accept the sum of $50,000.00 in full satisfaction of the all fees and costs awarded (totaling $55,643.58) in said Report and Recommendation, including

*ASSOC. DIS. AMER., INC., ET AL V. NEPTUNE DESIGNS, INC., ET AL.*     CASE NO. 04-CV-10046-MOORE
                                                                      PAGE 2

all expert fees and costs.  Additionally, the Defendants have agreed to file a Notice of Withdrawal of their Objection to the Report and Recommendation (DE-107) filed on October 2, 2007, and that as a result of the parties' settlement set forth herein, that all issues raised in said Defendants' Objection are moot.

Dated: October 8, 2007

Respectfully submitted

/s/ Rhonda A. Anderson
**RHONDA A. ANDERSON, ESQ.**
**Counsel for Plaintiffs**
Fla. Bar No. 708038
2655 LeJeune Road, Suite 540
Coral Gables, FL 33134
Telephone:  (305) 567-3004
Facsimile:  (305) 476-9837
E-Mail:   randersonlaw@gmail.com

/s/ Diane Tolbert Covan
**DIANE TOLBERT COVAN, ESQ.**
**Counsel for Defendants**
Fla. Bar no. 231703
1901 Fogarty Avenue, Suite 1
Key West, FL  33040
Telephone number (305) 293-1118
Facsimile number (305) 296-1266
E-Mail: Covan@covanlaw.com

/s/ Bradley Conway
**BRADLEY CONWAY, ESQ.**
**Counsel for Defendants**
390 North Orange Avenue, Suite 1630
Orlando, Florida 32801
Telephone: (407) 246-0803
Facsimile: (407) 246-7121
E-Mail: bconwaylaw@hotmail.com

*ASSOC. DIS. AMER., INC., ET AL V. NEPTUNE DESIGNS, INC., ET AL.*　　CASE NO. 04-CV-10046-MOORE
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　PAGE 3

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 8, 2007, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached service list in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parities who are not authorized to receive electronically Notice of Electronic Filing. I hereby certify that I have mailed the document by United States Postal Service to the following non-CM/ECF participants: none.

　　　　　　　　　　　　　　　　RHONDA A. ANDERSON, P.A.
　　　　　　　　　　　　　　　　2655 Le Jeune Rd, Suite 540,
　　　　　　　　　　　　　　　　Coral Gables, Florida 33134
　　　　　　　　　　　　　　　　Telephone:　(305) 567-3004
　　　　　　　　　　　　　　　　Facsimile:　(305) 476-9837
　　　　　　　　　　　　　　　　E-Mail:　　rhoander@bellsouth.net
　　　　　　　　　　　　　　　　By:　  s/Rhonda A. Anderson  
　　　　　　　　　　　　　　　　　　　RHONDA A. ANDERSON, ESQ.
　　　　　　　　　　　　　　　　　　　Florida Bar No.708038

-3-

*ASSOC. DIS. AMER., INC., ET AL V. NEPTUNE DESIGNS, INC., ET AL.*  CASE NO. 04-CV-10046-MOORE
PAGE 4

# SERVICE LIST

Association for Disabled Americans, Inc., et al v. Neptune Designs, Inc., et al
U. S. District Court, Southern Dist. of Florida, Case No. 05-14539-A


**DIANE TOLBERT COVAN, ESQ.**
**Counsel for Defendants**
1901 Fogarty Avenue #1
Key West, FL 33040
E-Mail: Covan@covanlaw.com
[CM/ECF]

**BRADLEY CONWAY, ESQ.**
**Counsel for Defendants**
390 North Orange Avenue, Suite 1630
Orlando, Florida 32801
E-Mail: bconwaylaw@hotmail.com
[CM/ECF]